# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0033. ROBERT JAY DAVIS v. THE STATE.

After a jury convicted him of aggravated stalking, Robert Jay Davis filed a motion for new trial. The trial court denied his motion, and Davis filed, in this Court, a "Direct Appeal with Brief." Davis's filing has been docketed as an application for discretionary appeal.

From the limited materials Davis has presented, the trial court's order appears to be subject to direct appeal. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995) (notice of appeal is timely if filed within 30 days of entry of the trial court's order denying a motion for new trial).[1]

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Davis shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] The trial court's order indicates that Davis was convicted in January 2014, and that he filed his motion for new trial on January 15, 2014. The court's order denying his motion was motion was entered on August 15, 2014, and Davis filed his application on August 27, 2014.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/15/2014
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*